**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:15-cv-22576-UU

ALAIN VALDEZ,

     Plaintiff,

v.

MIAMI GUNS, INC. and FRANK ABAY,

     Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon Joint Amended Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint.  D.E. 31.

THE COURT, having considered the Motion and being otherwise fully advised in the premises, hereby

ORDERED AND ADJUDGED that Joint Amended Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint (D.E. 31) is GRANTED.  The Settlement Agreement (D.E. 31-3) is APPROVED, and this case is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th__ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

counsel of record via cm/ecf